```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 12878
   BAMANI A OBADELE
   CASIE CHEREACE CAMP                          CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-4822    SSN XXX-XX-0411

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 10/10/2006 and was confirmed 02/07/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/28/2009.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
ARONSON FURNITURE          SECURED              783.00       58.95         541.05
CHASE AUTO FINANCE         SECURED VEHIC     12452.00     1282.45        4837.55
CHASE AUTO FINANCE         UNSECURED           297.11         .00            .00
COUNTRYWIDE HOME LOANS     CURRENT MORTG         .00         .00            .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE         .00         .00            .00
DRIVE FINANCIAL SERVICES   SECURED NOT I    11500.35         .00            .00
DARSHA LOCKETT             NOTICE ONLY      NOT FILED       .00            .00
INTERNAL REVENUE SERVICE   PRIORITY         21617.12        .00          8338.18
AFF COLL SVC               UNSECURED        NOT FILED       .00            .00
ALLIED INTERSTATE          UNSECURED        NOT FILED       .00            .00
SPRINT-NEXTEL CORP         UNSECURED          3971.95       .00            .00
ASSET ACCEPTANCE LLC       UNSECURED           724.32       .00            .00
BILL PAYMENT SERVICES      UNSECURED        NOT FILED       .00            .00
CITY OF CHICAGO PARKING    UNSECURED           720.00       .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED           820.36       .00            .00
COMMONWEALTH EDISON        FILED LATE            .00        .00            .00
CREDIT PROTECTION          UNSECURED        NOT FILED       .00            .00
FAIR COLLECTIONS & OUT     UNSECURED        NOT FILED       .00            .00
PREMIER BANKCARD           UNSECURED           261.03       .00            .00
HARRIS                     UNSECURED        NOT FILED       .00            .00
ECAST SETTLEMENT CORP      UNSECURED           548.37       .00            .00
PRESIDIO/CM                UNSECURED        NOT FILED       .00            .00
COLUMBUS BANK & TRUST      UNSECURED        NOT FILED       .00            .00
TRIBUTE                    UNSECURED        NOT FILED       .00            .00
ARONSON FURNITURE          UNSECURED            20.86       .00            .00
INTERNAL REVENUE SERVICE   UNSECURED           277.92       .00            .00
ILLINOIS DEPT OF REVENUE   UNSECURED           231.10       .00            .00
ILLINOIS DEPT OF REVENUE   PRIORITY           1270.65       .00          697.64
LONG BEACH ACCEPTANCE      UNSECURED          7555.96       .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       2,369.00                   2,369.00
TOM VAUGHN                 TRUSTEE                                      1,350.18
DEBTOR REFUND              REFUND                                           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 12878 BAMANI A OBADELE & CASIE CHEREACE CAMP
```

```
       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  19,475.00

PRIORITY                                         9,035.82
SECURED                                          5,378.60
      INTEREST                                   1,341.40
UNSECURED                                              .00
ADMINISTRATIVE                                   2,369.00
TRUSTEE COMPENSATION                             1,350.18
DEBTOR REFUND                                          .00
                      ---------------        ---------------
TOTALS                   19,475.00              19,475.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 03/05/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE